AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 23-MJ-6032-AW |
| Trevineo King, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 22 - 24, 2021___ in the county of ___Broward and Miami-Dade___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(e) | False Claim to U.S. Citizenship to Obtain a State or Federal Benefit |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

see attached affidavit

☐ Continued on the attached sheet.

_____
_Complainant's signature_

David Jansen, HSI Special Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___01/27/2023___

_____
_Judge's signature_

City and state: ___Fort Lauderdale, Florida___

Alicia O. Valle, United States Magistrate Judge
_____
_Printed name and title_

## AFFIDAVIT

I, David Jansen, being duly sworn, hereby depose and state as follows;

1.      I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed for over fifteen (15) years.  Prior to my appointment as a Special Agent, I was an Inspector with the United States Immigration and Naturalization Service for four (4) years, as well as an officer with United States Customs and Border Protection for four (4) years. I am responsible for conducting criminal investigations related to offenses contained in Titles 8, 18, 19, and 21 of the United States Code.  I am currently assigned to a financial crimes and fraud investigations group.  As a result of my training and my experience, I am familiar with the tactics, methods, and techniques of committing violations of law related to identity theft and document fraud.

2.      The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials and civilians during this investigation. I have not included in this Affidavit each and every fact known to me because this Affidavit is submitted for the limited purpose of establishing probable cause.  However, no information that would tend to negate probable cause has been withheld from this Affidavit.

3.      Since 2013, your Affiant has been conducting investigations involving illegal aliens from Jamaica who obtained Florida driver's licenses in stolen identities using fraudulent documents.  In or around October of 2021, Trevineo KING ("KING"), came to your Affiant's attention during an investigation of corrupt examiners at the Florida Department of Highway Safety and Motor Vehicles ("DHSMV").

4.      On or about September 22, 2021, KING applied for a State of Florida identification ("ID") card at the DHSMV office located at 3718 West Oakland Park Boulevard, Lauderdale Lakes, Broward County, Florida. KING submitted a United States Virgin Islands birth certificate in the name "F.L." with a date of birth in 1983, as proof of United States citizenship.  KING also presented an IRS W-4 form in the name "F.L." listing social security number xxx-xx-8633. KING was issued State

of Florida ID number Lxxxxxxxx0451 in the name of "F.L." with a date of birth in 1983.  Florida ID Lxxxxxxxx0451 was issued by a DHSMV Examiner that is currently under investigation by HSI.

5.       On or about September 23, 2021, KING applied for a State of Florida learner's permit at the DHSMV office located at 7900 NW 27th Avenue, Miami, Miami-Dade County, Florida.  State of Florida learner's permit number Lxxxxxxxx0451 was issued by a DHSMV Examiner who is also currently under investigation by HSI.

6.       On or about September 24, 2021, KING applied for a State of Florida driver's license at the DHSMV office located at 7900 NW 27th Avenue, Miami, Miami-Dade County, Florida.  State of Florida driver's license number Lxxxxxxxx0451 was issued by a DHSMV Examiner that also is currently under investigation by HSI.

7.       Further investigation revealed "F.L." is a real person who currently resides in the United States Virgin Islands that was born in St. Kitts & Nevis and became a naturalized United States citizen in 2016. In 2017, "F.L." applied for and was issued United States passport number xxxxx222 and listed social security number xxx-xx-8633 on his passport application.  The person depicted in United States passport number xxxxx222 is not the same as the person depicted on the State of Florida ID and the State of Florida driver's license number Lxxxxxxxx0451.

8.       On or about January 26, 2023, HSI special agents established surveillance in the area of the address listed on the fraudulent State of Florida driver's license KING obtained; a residence located at 3441 NW 4th Street in Lauderhill, Broward County, Florida.  The surveillance agents observed KING exit the residence at which time KING was detained.  KING was in possession of State of Florida driver's license number Lxxxxxxxx0451 in the "F.L." identity.  KING admitted his true name and that he is a citizen of Jamaica.  KING then directed agents to a backpack in the rear of his vehicle where agents found and seized as evidence the Virgin Islands birth certificate and an IRS W-4 form of "FL."

9.       KING was transported to the HSI Fort Lauderdale office where his fingerprints were

submitted to the Integrated Automated Fingerprint Identification System ("IAFIS") which positively matched to FBI number 865206AC3. A query of the National Crime Information Center ("NCIC") with FBI number 865206AC3 revealed KING has been arrested in Florida for driving without a license, possession of marijuana, and carrying a concealed firearm.

10.     KING was advised of his Miranda rights which he waived in writing. KING stated that his true name is Trevineo KING and he was born in Kingston, Jamaica on November 10, 1981. In or around September 1999, a woman KING knew as "Ms. Han" brought KING to the United States and used a birth certificate in another name to process KING through immigration. KING has never departed the United States since his arrival in 1999 and has never applied for any immigration benefits or status.

11.     In 2021, KING needed a driver's license but did not have the proper documents. A friend referred KING to an Unknown Male ("UM 1") who could help him get a driver's license. KING met UM 1 in Miami and paid UM 1 more than $5,000.00 to receive the Virgin Islands birth certificate and an IRS W-4 form of "FL." UM 1 drove KING to a DHSMV office on Oakland Park Boulevard in Broward County where KING met UM 1's associate (UM 2). UM 2 directed KING to a specific female examiner in the DHSMV office who scanned the Virgin Islands birth certificate and an IRS W-4 form of "FL." and issued KING a State of Florida ID card in the name of "FL." The next day, KING again met UM 1 in Miami. UM 1 took KING to a different DHSMV office and KING obtained a State of Florida learner's permit in the name of "FL." The following day, KING met UM 1 again in Miami. UM 1 took KING to a DHSMV office and KING obtained a State of Florida driver's license in the name of "FL."

12.     WHEREFORE, based on the foregoing, your Affiant submits that there is probable cause to believe that between on or about September 22 - 24, 2021, in Broward and Miami-Dade Counties, Trevineo KING, an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant

presented and used a birth certificate from the United States Virgin Islands in the name of "F.L.,"
as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida
identification card, learner's permit, and driver's license, in violation of Title 18, United States Code,
Section 1015(e); and during and in relation to a felony violation of Title 18, United States Code,
Section 1015(e), that is, knowingly making a false statement claiming to be a citizen of the United
States, with the intent to obtain on behalf of himself a State benefit, did knowingly transfer, possess,
and use without lawful authority, the means of identification of another person, that is, the name
and date of birth of "F.L.," in violation of Title 18, United States Code, Section 1028A(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DAVID JANSEN
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this 27th day of January 2023.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE